≈AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

REC'D by _____ D.C.
APR 2 5 2008
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CALVAIRE GEROME | ) | Case No: 01-6079 CR |
| | ) | USM No: 55730-004 |
| Date of Previous Judgment: 09/28/2001 | ) | Pro Se |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **108** months **is reduced to** **87 Months**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: **29**          Amended Offense Level: **27**
Criminal History Category: **III**       Criminal History Category: **III**
Previous Guideline Range: **108** to **135** months    Amended Guideline Range: **87** to **108** months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
This term shall run concurrent as to counts 1 and 2. If this sentence is less than the time defendant has already served, the setnence is reduced to a "TIME SERVED" sentence. If defendant is due for immediate release, such release shall be delayed for 10 calendar days from the date of this order.

Except as provided above, all provisions of the judgment date **9/28/2001** shall remain in effect.
**IT IS SO ORDERED.**
Order Date: 4/25/08

Judge's signature

Effective Date: _____
(if different from order date)

Donald M. Middlebrooks, U.S.D.J.
Printed name and title